# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Maria DiFranco
                    Plaintiff,

v.                                        Case No.: 1:21−cv−01600
                                                        Honorable Jeremy C. Daniel

City of Chicago
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 8, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The defendant's Motion for Summary Judgment [129] is GRANTED and the plaintiff's Motion for Summary Judgment [132] is DENIED for the reasons given in the attached order. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.